# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| MEAGAN LOVELL <br>     PLAINTIFF <br><br> V. <br><br> PERFECTVISION <br> MANUFACTURING, INC. <br>     DEFENDANT | CASE NO. 4:17CV00111 SWW |

## **ORDER OF DISMISSAL**

Before the Court is the parties' joint motion, stating that they have resolved their dispute and requesting that the case be dismissed with prejudice. The Court finds that the motion should be granted.

IT IS THEREFORE ordered that the joint motion to dismiss [ECF No. 10] is GRANTED. This case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER, 2017.

                                            /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE